UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ORLANDO GARCIA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JONGGAN KIM, et al.,<br><br>                    Defendants. | Case No.  21-cv-09789-AGT<br><br>**ORDER GRANTING IN PART<br>MOTIONS FOR ADMINISTRATIVE<br>RELIEF**<br><br>Re: Dkt. Nos. 19, 30 |

Jonggan Kim hasn't complied with General Order 56, which requires him to participate in a settlement meeting (GO 56 ¶ 8) and to serve initial disclosures beforehand (GO 56 ¶ 4). *See* Dkt 7 (scheduling order adopting GO 56). By September 5, 2022, Kim must serve his initial disclosures and provide plaintiff's counsel with three dates on which he is available to conduct a settlement meeting. All three dates must be before September 27, 2022.[1] Failure to comply with this order or with General Order 56 may result in sanctions. Sanctions won't be imposed now.

Kim is one of three defendants. The other two haven't entered an appearance, and the Clerk has entered default as to one of them. *See* Dkt. 12. Because all parties haven't appeared and con-sented to magistrate-judge jurisdiction, the undersigned can't rule on any dispositive motions or preside at trial. *See* 28 U.S.C. § 636(c)(1); *Williams v. King*, 875 F.3d 500, 504 (9th Cir. 2017). The trial judge will be best situated to set a schedule for further proceedings and to enforce future court orders, so the Clerk is directed to reassign this case to a district judge. Future filings should

---

[1] The last day for plaintiff to file the Notice of Need for Mediation (GO ¶ 9) will be seven days after the settlement meeting.

be addressed to the district judge to whom the case is reassigned.

**IT IS SO ORDERED.**

Dated: August 22, 2022

_____

Alex G. Tse
United States Magistrate Judge